Name: PIETRO PASQUALE-ANTONIO SGROMO
Address: 184 HILL ST. NORTH
THUNDER BAY ON, CANADA P7A-5V9
Phone Number: 807.345.5944
E-mail Address: peter@eurekainnovates.com
Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESTWAY (USA), INC.; BESTWAY (HONG KONG) INTERNATIONAL LTD.; and BESTWAY INFLATABLES AND M<br><br>Plaintiff,<br><br>vs.<br><br>PIETRO PASQUALE-ANTONIO SGROMO (a/k/a PETER ANTHONY SGROMO ); WAGMORE & BARKLESS<br><br>Defendant. | Case Number: 3:2017cv00205<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 3/7/2017

*Haywood S. Gilliam Jr.*

United States District/~~Magistrate~~ Judge