UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESTWAY (UNITED STATES OF AMERICA), INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>PIETRO PASQUALE-ANTONI SGROMO, et al.,<br><br>Defendants. | Case No. 17-cv-00205-HSG<br><br>**ORDER TO SHOW CAUSE** |

On January 13, 2017, Plaintiffs Bestway (USA), Inc., Bestway (Hong Kong) International Ltd., and Bestway Inflatables and Material Corporation ("Plaintiffs") filed this action against Defendants Pietro Pasquale-Antoni Sgromo, Wagmore and Barkless LLC, Leonard Gregory Scott, and Eureka Inventions LLC ("Defendants"). Dkt. No. 1. On April 18, 2017, an ADR phone conference was held, which Defendant Sgromo failed to attend. Dkt. No. 28. On April 25, 2017, the Court held a Case Management Conference, which Defendant Sgromo also failed to attend. Dkt. No. 30.

Accordingly, Mr. Sgromo is **ORDERED** to show cause why he should not be sanctioned for his failure to appear at either the ADR conference or the Case Management Conference. Mr. Sgromo must file a short statement of no more than two pages explaining his failures to appear by May 15, 2017.

**IT IS SO ORDERED.**

Dated: 5/1/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge