THOMAS E. MOORE III (SBN 115107)
ROYSE LAW FIRM, PC
149 Commonwealth Drive, Suite 1001
Menlo Park, California 94025
Telephone: (650) 813-9700
Facsimile: (650) 813-9777
E-mail: tmoore@rroyselaw.com

Attorneys for Defendants and Crossclaimants
Leonard Gregory Scott and Eureka
Inventions LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BESTWAY (USA), INC.; BESTWAY (HONG KONG) INTERNATIONAL LTD.; and BESTWAY INFLATABLES AND MATERIAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>PIETRO PASQUALE-ANTONIO SGROMO (a/k/a PETER ANTHONY SGROMO); WAGMORE & BARKLESS LLC; LEONARD GREGORY SCOTT; and EUREKA INVENTIONS LLC,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No. 4:17-cv-00205-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR A ONE-WEEK CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE PRESENTLY SET FOR OCTOBER 31, 2017** |

///

Defendants and Cross-Claimants Leonard Gregory Scott and Eureka Inventions, LLC ("Scott Defendants"), filed an administrative motion requesting a one-week extension of the Case Management Conference from October 31, 2017 at 2:00 p.m. to November 7, 2017 at 2:00 p.m. Good cause appearing,

**IT IS HEREBY ORDERED** that the administrative motion is granted, that the Case Management Conference in this matter shall be held on November 7, 2017 at 2:00 p.m.

Dated: October 24, 2017

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING A ONE-WEEK CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE PRESENTLY SET FOR OCT. 31, 2017**

CASE NO. 4:17-cv-00205-HSG