UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  510-637-3530

December 7, 2017

RE:  Bestway (USA), Inc. v. Sgromo
      17-cv-00205-HSG

Default is declined as to Pietro Pasquale-Antoni Sgromo, Wagmore & Barkless LLC on December 7, 2017.

                              Susan Y. Soong, Clerk

                              _____
                              by:  Valerie Kyono
                              Case Systems Administrator