UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BESTWAY (USA), INC., BESTWAY (HONG KONG) INTERNATIONAL LTD., and BESTWAY INFLATABLES AND MATERIAL CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>PIETRO PASQUALE-ANTONIO SGROMO (a/k/a PETER ANTHONY SGROMO), WAGMORE & BARKLESS LLC, LEONARD GREGORY SCOTT, and EUREKA INVENTIONS LLC,<br><br>Defendants. | Case No. 4:17-CV-00205 HSG<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEYS NITIN GAMBHIR AND MICHAEL T. GRAHAM<br><br>Hon. Haywood S. Gilliam, Jr. |

1   IT IS HEREBY ORDERED THAT, pursuant to Civil L.R. 11-5, Nitin Gambhir and Michael T. Graham are permitted to withdraw from the above-captioned action.

   IT IS FURTHER ORDERED THAT the above-referenced attorney shall be removed from the electronic filing notification for this case.

   **IT IS SO ORDERED.**

Dated:  December 29, 2017          By: _/s/ Haywood S. Gilliam, Jr._
                                       Hon. Haywood S. Gilliam, Jr.
                                       United States District Judge