1 THOMAS E. MOORE III (SBN 115107)
ROYSE LAW FIRM, PC
2 149 Commonwealth Drive, Suite 1001
3 Menlo Park, California 94025
Telephone: (650) 813-9700
4 Facsimile: (650) 813-9777
E-mail: tmoore@rroyselaw.com
5

6 Attorneys for Defendants
Leonard Gregory Scott and Eureka
7 Inventions LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BESTWAY (USA), INC.; BESTWAY (HONG KONG) INTERNATIONAL LTD.; and BESTWAY INFLATABLES AND MATERIAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>PIETRO PASQUALE-ANTONIO SGROMO (a/k/a PETER ANTHONY SGROMO); WAGMORE & BARKLESS LLC; LEONARD GREGORY SCOTT; and EUREKA INVENTIONS LLC,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIM | Case No. 4:17-cv-00205-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

/ / /

| | |
|---|---|
| 1 | Defendants and crossclaimants Leonard Gregory Scott and Eureka Inventions, LLC |
| 2 | ("Crossclaimants"), filed an administrative motion requesting an extension to submit their proposed |
| 3 | order and judgment as required under the Court's order (ECF No. 90). Good cause appearing, |
| 4 | **IT IS HEREBY ORDERED** that the administrative motion is granted, that the |
| 5 | Crossclaimants shall have until July 18, 2018 within which to submit their proposed order and |
| 6 | judgment. |
| 7 | |
| 8 | Dated: July 10, 2018 |
| | UNITED STATES DISTRICT JUDGE |