UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESTWAY (USA), INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PIETRO PASQUALE-ANTONI SGROMO, et al., <br><br> Defendants. | Case No. 17-cv-00205-HSG <br><br> **ORDER GRANTING MOTION TO CORRECT JUDGMENT; DENYING MOTION TO MODIFY JUDGMENT; GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Re: Dkt. Nos. 154, 155 |

Currently before the Court is a motion by Plaintiffs Bestway (USA), Inc., Bestway (Hong Kong) International Ltd., and Bestway Inflatables and Material Corporation (collectively, "Bestway") to correct the judgment and to modify the judgment to include additional attorneys' fees, Dkt. No. 155 ("Mot."), along with a motion to file under seal, Dkt. No. 154.[1]

The Court **GRANTS** Plaintiffs' motion to correct the judgment because the proper cost award was $4,702.20 (rather than the stated $4,072.20). Therefore, the correct total award was $82,541.70 in attorneys' fees and costs, to be paid out of the royalty fund that is the subject of this interpleader action.

However, the Court **DENIES** Plaintiffs' motion to modify the judgment for an additional $35,254.00 in attorneys' fees incurred between July 25, 2018 and February 25, 2019. *See* Mot. at 2. Given the shifting nature of this litigation and the continual accrual of fees, the Court denies the request at this time to prevent continued motions for attorneys' fees from delaying appellate proceedings. The Court denies the motion for additional fees without prejudice to this request being raised on remand, should Plaintiffs prevail in the Court of Appeals.

---

[1] The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

Finally, the Court **GRANTS** the motion to file under seal, because, as the Court has already found, the value of the royalty payments are properly sealable. *See* Dkt. No. 140 at 4.

The Court will enter the amended judgment in a separate order.

Per the Court's May 14, 2019 order, Dkt. No. 153, all deadlines imposed by the amended judgment remain stayed until after all appeals have been resolved in this case.

**IT IS SO ORDERED.**

Dated: 5/31/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge