|   |   |
|---|---|
| 1 | |
| 2 | |

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Bestway (USA), Inc. et al )
                          Plaintiff(s), )
   v. )
SGROMO et al )
                         Defendant(s). )

Case No: 4:17-cv-00205

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John S. Artz, an active member in good standing of the bar of Eastern District of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Bestway entities in the above-entitled action. My local co-counsel in this case is Craig Allison, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 350 South Main Street, Suite 300<br>Ann Arbor, Michigan 48104 | 800 W. California Avenue, Ste. 110<br>Sunnyvale, CA 94086 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (734) 623-7075 | (480) 701-6117 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| JSArtz@dickinsonwright.com | CAllison@dickinsonwright.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 48578.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/12/19                                John S. Artz
                                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John S. Artz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/16/2019                               *Haywood S. Gill Jr.*
                                             UNITED STATES DISTRICT JUDGE   *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of Court, certify that

## *John Shepherd Artz*

was duly admitted to practice in this Court on 09/23/1993,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 08/01/2019.

*David J. Weaver*
Clerk



Deputy Clerk