THOMAS E. MOORE III (SBN 115107)
ROYSE LAW FIRM, PC
149 Commonwealth Drive, Suite 1001
Menlo Park, California 94025
Telephone:  (650) 813-9700
Facsimile:   (650) 813-9777
E-mail: tmoore@rroyselaw.com

Attorneys for Defendants and Crossclaimants
Leonard Gregory Scott and Eureka
Inventions LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BESTWAY (USA), INC.; BESTWAY (HONG KONG) INTERNATIONAL LTD.; and BESTWAY INFLATABLES AND MATERIAL CORPORATION,<br><br>       Plaintiffs,<br><br>       vs.<br><br>PIETRO PASQUALE-ANTONIO SGROMO (a/k/a PETER ANTHONY SGROMO); WAGMORE & BARKLESS LLC; LEONARD GREGORY SCOTT; and EUREKA INVENTIONS LLC,<br><br>       Defendants.<br><br>AND RELATED CROSSCLAIM | Case No.  4:17-cv-00205-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO DESIGNATE THE RECIPIENT OF THE DISTRIBUTION OF THE ROYALTY PAYMENT (as modified)**<br><br>**Judge:    Hon. Haywood S. Gilliam, Jr.** |

/ / /

-2-

Defendants and crossclaimants Leonard Gregory Scott and Eureka Inventions, LLC ("Scott Defendants"), filed an administrative motion requesting that the Court to designate the client's trust account of Royse Law Firm, PC ("Royse"), as the party to whom the Court will distribute the interpleaded amount pursuant to the Amended Judgment dated May 31, 2019 (Dkt. No. 157). Good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The motion is granted.

2. The funds deposited with the Court (see Dkt. No. 174) and any interest accrued shall be distributed to the client trust account of the Scott Defendants' counsel of record, Royse Law Firm, PC.

Dated: 4/16/2020

_Haywood S. Gilliam, Jr._
UNITED STATES DISTRICT JUDGE